GLEN A. GILLASPIE, APPELLANT, v. NEBRASKA TRACTOR & EQUIPMENT COMPANY, A CORPORATION, ET AL., APPELLEES.

124 N. W. 2d 198

Filed November 1, 1963. No. 35357.

*ante* p. 401, 122 N. W. 2d 17, for original opinion.

Young, Holm, Miller & McEachen, for appellant.

Kennedy, Holland, DeLacy & Svoboda, William P. Mueller, and Robert A. Skochdopole, for appellees.

Heard before WHITE, C. J., CARTER, MESSMORE, YEAGER, SPENCER, BOSLAUGH, and BROWER, JJ.

MESSMORE, J.

The opinion made reference to the history given by the plaintiff to the defendants' medical examiner and concluded that such evidence was hearsay evidence. No objection was made to the admissibility of such evidence.

The conclusion reached in the opinion that such evidence constituted hearsay evidence should be deleted therefrom, and it is so deleted. The motion for rehearing is overruled.

FORMER OPINION MODIFIED.

MOTION FOR REHEARING OVERRULED.